No. 321, Misc. MARTINEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 351, Misc. ALBRIGHT v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox*, *Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 357, Misc. TILLMAN v. SOUTH CAROLINA ET AL. Supreme Court of South Carolina. Certiorari denied. *Maurice C. Goodpasture* for petitioner.

No. 358, Misc. RIERA v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *Richard J. Medalie* for petitioner. *Louis J. Lefkowitz*, Attorney General of New York, *Samuel A. Hirshowitz*, First Assistant Attorney General, and *Lillian Z. Cohen*, Deputy Assistant Attorney General, for respondent.

No. 362, Misc. HARRIS v. TURNER ET AL. C. A. 6th Cir. Certiorari denied. *John S. Wrinkle* for petitioner. *Sizer Chambliss* for respondents.

No. 364, Misc. MEIKLE v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se*. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 367, Misc. ENGLING v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.